

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00494-CV

_____

SCOTT DUPREE, Appellant

V.

STEPHANIE PARKER, Appellee

On Appeal from the 481st District Court
Denton County, Texas
Trial Court No. 22-4342-481

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on February 11, 2025, *see* Tex. R. App. P. 38.6(a), but no brief was filed. On February 13, 2025, we warned Appellant that we could dismiss his appeal for want of prosecution unless, within ten days, he filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, and we have not received a response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: March 6, 2025